DAVID M. DUDLEY (SBN 118629)
Attorney at Law
1800 Century Park East, Suite 600
Los Angeles, California 90067
(310) 772-8400

Attorney for Defendant
FREDDY IBARRA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. CR 04-00417 (A) DDP |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| FREDDY IBARRA, | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that Attorney David M. Dudley's request to withdraw as attorney of record for Defendant Ibarra in the above-entitled matter is hereby GRANTED.

Dated: February 13, 2008

UNITED STATES DISTRICT COURT JUDGE